EXHIBIT 1-A

eva-nyc
clean it up
shampoo
eva-nyc
soften up
conditioner
#BRAVEPRETTY

























  
  
  
  





