# EXHIBIT 1-B









