| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Stephen M. Doniger SBN 179314<br>603 ROSE AVE<br>VENICE    CA    90291<br>ATTORNEY FOR (Name)    Plaintiff | (310) 590-1820 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
FRIEDMAN v. POPSUGAR, INC.

| 3363995 | (HEARING) Date | Time | Dept | Case Number:<br>218cv05888DDPMAA |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>Friedman v. Popsguar 18-5888 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. a. PARTY SERVED:   POPSUGAR, INC., a Delaware Corporation

   b. PERSON SERVED:  ROBBIE SMITH, PERSON AUTHORIZED TO RECEIVE
                      AFRICAN AMERICAN FEMALE 25YRS 5'6" 145LBS. BLACK HAIR BROWN EYES

4. c. ADDRESS:   111 SUTTER ST FL 15TH
                 SAN FRANCISCO    CA    94104

5. I SERVED THE PARTY NAMED IN ITEM 3
   a. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
      AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY. ON    7/12/2018 AT   10:25:00 AM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:
      POPSUGAR, INC., a Delaware Corporation

UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION  CCP 416.10

| 7a. Person Serving:   Robert C   Wigersma | d. The fee for service was    $109.10 |
|---|---|
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | e. I am:<br>(1)     not a registered California process server:<br>(3) X   registered California process server:<br>(i) Independent Contractor |
| c. (714) 662-5555 | (i) Registration No:                    769<br>(ii) County:   SAN FRANCISCO |

8. I declare under the penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.  Robert C   Wigersma    X _____
   7/23/2018                                                    SIGNATURE

Form Approved for Optional Use Judicial
Council of California                      **PROOF OF SERVICE**                         CRC 982(A)(23)
POS-010 [REV Jan 1 2007]